S. Grace Acosta (Utah Bar No. 9836)
**TRUJILLO | ACOSTA LAW**
8783 S. Redwood Road, Suite C
West Jordan, UT 84088
Tel: (801) 590-9139
Fax: (801) 931-2009
grace@tagteamlaw.com
*Attorney for Plaintiff*

> IF YOU DO NOT RESPOND TO THIS DOCUMENT WITHIN APPLICABLE TIME LIMITS, JUDGMENT COULD BE ENTERED AGAINST YOU.

## IN THE THIRD JUDICIAL DISTRICT COURT
## IN AND FOR SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| MARIA DE LOURDES RODRIGUEZ, <br><br> Plaintiff, <br><br> v. <br><br> DAVE DEMAND, <br><br> Defendant. | **COMPLAINT** <br><br> Case No. 220900135 <br><br> Judge: Andrew H Stone |

Plaintiff, Maria De Lourdes Rodriguez, by and through his undersigned attorney, bring this complaint ("Complaint") against Defendant, Dave Demand, and for causes of action and alleges as follows:

**PARTIES, JURISDICATION AND VENUE**

3

1. Plaintiff, Maria De Lourdes Rodriguez, ("Plaintiff") is an individual and a resident of Salt Lake County, Utah.

2. Defendant, Dave Demand, ("Defendant") is an individual and resident of Upson County, Georgia.

3. This accident occurred on I-215 W Southbound, 3500 S West Valley City, UT 84119.

4. This action properly lies in the Third Judicial District Court-Salt Lake City, in and for Salt Lake County, State of Utah, pursuant to Utah Code 78A-5-402, and venue is appropriate because accident occurred in this County.

## FACTUAL ALLEGATIONS

5. On March 16, 2021, Ms. Rodriguez was driving Eastbound in lane three on 3500 South turning right to go Southbound on I-215 West, when Defendant, who was driving in lane four, crashed his left front of vehicle into the right rear of Ms. Rodriguez's car.

6. Defendant was driving Eastbound on 3500 South. Defendant was distracted and failed to keep a proper lookout and crashed into the right rear of Plaintiff's vehicle.

7. Defendant's failure to keep a proper lookout caused the accident.

## CAUSE OF ACTION

8. Plaintiff realleges as if stated herein all prior allegations of the Complaint.

9. Defendant owed the Plaintiff a duty of care to follow all rules of the road and to drive her vehicle in a manner free from negligence.

10. The Defendant did not exercise reasonable care when driving.

11. Defendant breached his duty of care when he failed to keep a proper lookout and crashed

into Plaintiff's vehicle.

12.     As a result of Defendant's breaches of his duty of care while driving, Defendant is liable for negligence, and Defendant's negligence is the cause of Plaintiff's injuries and damage.

13.     As a direct and proximate cause of this accident, caused by Defendant's negligent driving, Plaintiff has sustained serious medical injuries and damages, some of which are permanent in nature and require future medical treatment.

14.     As a direct and proximate cause of Defendant's negligent driving, Plaintiff has incurred significant expenses for medical care, medical treatment, and incidental expenses thereto in an amount to be proven at trial.

15.     As a direct and proximate result of Defendant's negligence, Plaintiff will also, to a reasonable degree of medical certainty or probability, incur additional future medical expenses relating to the future treatment of his injuries in an amount which amount may be more accurately established at trial with competent evidence or testimony.

16.     As a direct and proximate result of Defendant's negligence, Plaintiff has suffered, continues to suffer, and will for an indefinite period in the future suffer serious physical pain, disfigurement, and discomfort due to their respective injuries.

17.     A s a direct and proximate result of Defendant's negligence, Plaintiff has suffered non-economic damages including serious medical injuries which are extensive, physical and emotional pain and suffering, permanent disfigurement, the loss of enjoyment and quality of life, the extend to which Plaintiff is no longer able or prevented from pursuing her ordinary affairs as a result of her injuries, loss of consortium resulting from her injuries, and the likelihood that her

injuries are likely to continue into the future, which are not capable of being exactly measured and are determined by the trier of fact, but which may be further established by competent evidence or testimony.

## DISCOVERY TIER

This case qualifies for tier 2 Discovery as the recovery being sought is more than $50,000.00 and less than $300,000.00.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment and relief against Defendant as follows:

1. For past, present, and future special or economic damages including medical expenses, consequential damages, lost wages, loss of household services, lost earning capacity, and other out-of-pocket expenses in an amount to be proved at trial, but not less than the amounts alleged herein.

2. For past, present, and future special or economic damages due to the nature and extent of Plaintiff's medical and/or dental injuries, his physical and emotional pain and suffering, his permanent disfigurement, his loss of enjoyment and quality of life, the extent to which Plaintiff's is no longer able or are prevented from pursuing her ordinary affairs, her loss of consortium, and the likelihood that her injuries will continued into the future in an amount to be determined by the trier of fact, but not less than the estimated amounts alleged herein.

3. For the costs of bringing and maintaining this suit incurred by Plaintiff,

4. For simple interest calculated at the rate of 7.5% per annum on all items of special or economic damage from the date of the accident to the date of entry of judgment.

5.      For such other legal and equitable relief as this Court deems proper, just, or equitable under the circumstances.

DATED this 10th day of January 2022.

**TRUJILLO | ACOSTA LAW**

*/s/ S. Grace Acosta*
S. Grace Acosta
Attorney for Manuel Alvarez

| | |
|---|---|
| A lawsuit has been filed against you. You must respond in writing by the deadline for the court to consider your side. The written response is called an Answer. | Se ha presentado una demanda en su contra. Si desea que el juez considere su lado, deberá presentar una respuesta por escrito dentro del periodo de tiempo establecido. La respuesta por escrito es conocida como la Respuesta. |
| **Deadline!** Your Answer must be filed with the court and served on the other party **within 21 days** of the date you were served with this Summons. If you do not file and serve your Answer by the deadline, the other party can ask the court for a default judgment. A default judgment means the other party can get what they asked for, and you do not get the chance to tell your side of the story. | **¡Fecha límite para contestar!** Su Respuesta debe ser presentada en el tribunal y también con la debida entrega formal a la otra parte **dentro de 21 días** a partir de la fecha en que usted recibió la entrega formal del Citatorio. Si usted no presenta una respuesta ni hace la entrega formal dentro del plazo establecido, la otra parte podrá pedirle al juez que asiente un fallo por incumplimiento. Un fallo por incumplimiento significa que la otra parte recibe lo que pidió, y usted no tendrá la oportunidad de decir su versión de los hechos. |
| **Read the complaint/petition** | **Lea la demanda o petición** |

| | |
|---|---|
| The Complaint or Petition has been filed with the court and explains what the other party is asking for in their lawsuit. Read it carefully. | La demanda o petición fue presentada en el tribunal y ésta explica lo que la otra parte pide. Léala cuidadosamente. |

**Answer the complaint/petition**
You must file your Answer in writing with the court **within 21 days** of the date you were served with this Summons. You can find an Answer form on the court's website: utcourts.gov/ans

Scan QR code to visit page

**Cómo responder a la demanda o petición**
Usted debe presentar su Respuesta por escrito en el tribunal **dentro de 21 días** a partir de la fecha en que usted recibió la entrega formal del Citatorio. Puede encontrar el formulario para la presentación de la Respuesta en la página del tribunal: utcourts.gov/ans-span

Para accesar esta página escanee el código QR

**Serve the Answer on the other party**
You must email, mail or hand deliver a copy of your Answer to the other party (or their attorney or licensed paralegal practitioner, if they have one) at the address shown at the top left corner of the first page of this Summons.

**Entrega formal de la respuesta a la otra parte**
Usted deberá enviar por correo electrónico, correo o entregar personalmente una copia de su Respuesta a la otra parte (o a su abogado o asistente legal, si tiene) a la dirección localizada en la esquina izquierda superior de la primera hoja del citatorio.

**Finding help**
The court's Finding Legal Help web page (utcourts.gov/help) provides information about the ways you can get legal help, including the Self-Help Center, reduced-fee attorneys, limited legal help and free legal clinics.

Scan QR code to visit page

**Cómo encontrar ayuda legal**
Para información sobre maneras de obtener ayuda legal, vea nuestra página de Internet Cómo Encontrar Ayuda Legal. (utcourts.gov/help-span)
Algunas maneras de obtener ayuda legal son por medio de una visita a un taller jurídico gratuito, o mediante el Centro de Ayuda. También hay ayuda legal a precios de descuento y consejo legal breve.


Para accesar esta página escanee el código QR

8

| | |
|---|---|
|  قم بالمسح الضوئي للرمز لزيارة الصفحة | An Arabic version of this document is available on the court's website:<br>توجد:نسخة عربية من هذه الوثيقة على موقع المحكمة على الإنترنت<br>utcourts.gov/arabic |
| A Simplified Chinese version of this document is available on the court's website:<br>本文件的简体中文版可在法院网站上找到：<br>utcourts.gov/chinese |  请扫描QR码访问网页 |
| A Vietnamese version of this document is available on the court's website:<br>Một bản tiếng Việt của tài liệu này có sẵn trên trang web của tòa:<br>utcourts.gov/viet |  Xin vui lòng quét mã QR (Trả lời nhanh) để viếng trang |

9